UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                  CHAPTER 13 PROCEEDINGS

OSCAR CHARLES MCPECK         CASE NUMBER: 08-20035
TINA MARIE MCPECK             HON: DANIEL S OPPERMAN
             Debtor(s).
_____/

## STATEMENT REGARDING FUNDS TO BE DEPOSITED IN US REGISTRY

    Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $7.33 for deposits in the U. S. Registry as evidenced by the attached Check No. 263700 made payable to U.S. Bankruptcy Court.

    The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution from January 31, 2011 on behalf of the following creditor:

Munson Medical Center     $7.33   January 31, 2011

    Not able to locate creditor.

Date: June 29, 2011                              /s/ Thomas W McDonald
                                                      Thomas W McDonald, Jr.
                                                      Chapter 13 Trustee
                                                      3144 Davenport Ave
                                                      Saginaw Mi 48602
                                                      Telephone (989) 792-6766
                                                      ecf@mcdonald13.org